**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:19−bk−00002−JAF
Chapter 7

Alberto Anthony Ramos

Mary Louise Holloway−Ramos

_____Debtor*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On January 2, 2019 the above named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   The voluntary petition does not include the Debtor's telephone number on page 8. The Debtor is directed to file a "Notice of Telephone Number" or a "Statement of No Telephone Number" no later than 14 days from the date of this notice.

   The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

Dated: January 3, 2019

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
300 North Hogan Street Suite 3−150
Jacksonville, FL 32202

   The Clerk's office is directed to serve a copy of this notice on interested parties.

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.