United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 19-00002-JAF
Alberto Anthony Ramos                                           Chapter 7
Mary Louise Holloway-Ramos
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 113A-3        User: kmenard        Page 1 of 2        Date Rcvd: Jan 03, 2019
                            Form ID: 309A        Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db/jdb        +Alberto Anthony Ramos,   Mary Louise Holloway-Ramos,   2392 Perth Dr,
               Orange Park, FL 32065-6382
27978414      +Angela Karulak L FNP,   1895 Kingsley Ave,   Orange Park, FL 32073-4466
27978418      +Clay County Fire Rescue,   PO Box 865666,   Orlando, FL 32886-5666
27978419      +Clay County Fire Rescue,   PO Box 865668,   Orlando, FL 32886-5668
27978407      +Clay County Tax Collector,   Post Office Box 218,   Green Cove Springs FL 32043-0218
27978415      +Jon Brown, Do,   1895 Kingsley Ave,   Orange Park 32073-4466
27978424      +KCI USA INC,   PO Box 30128,   Dallas, TX 75303-0001
27978425       Nel Net Loans,   3015 S Parker Rd Suite 400,   Indianapolis, IN 46240
27978427      +Orange Park Acute Trama LLC,   1895 Kingsley Ave Suite 300,   Orange Park, FL 32073-4453
27978428       SunTrust Bank,   PO Box 30281,   Richmond, VA 23285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QDRABBOTT.COM Jan 04 2019 04:08:00      Doreen Abbott,   PO Box 56257,
               Jacksonville, FL  32241-6257
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jan 03 2019 23:28:55
               United States Trustee - JAX 13/7,   Office of the United States Trustee,
               George C Young Federal Building,   400 West Washington Street, Suite 1100,
               Orlando, FL 32801-2210
27978413       EDI: CBSAAFES.COM Jan 04 2019 04:08:00      Army/Airforce Exchange,   PO Box 650410,
               Dallas, TX 75265
27978416      +EDI: CAPITALONE.COM Jan 04 2019 04:08:00      Capital One Bank USA NA,   PO Box 30281,
               Salt Lake City, UT 84130-0281
27978417      +EDI: CAPITALONE.COM Jan 04 2019 04:08:00      Capital One Bank USA NA,   PO Box 30285,
               Salt Lake City, UT 84130-0285
27978408       EDI: FLDEPREV.COM Jan 04 2019 04:08:00      Florida Dept. of Revenue,   Bankruptcy Unit,
               P.O. Box 6668,   Tallahassee, FL 32314-6668
27978420      +EDI: CITICORP.COM Jan 04 2019 04:08:00      Home Depot,   PO Box 6497,
               Sioux Falls, SD 57117-6497
27978422      +EDI: RMSC.COM Jan 04 2019 04:08:00      JCPenney,   PO Box 965007,   Orlando, FL 32896-5007
27978421       EDI: RMSC.COM Jan 04 2019 04:08:00      JCPenney,   PO Box 960090,   Orlando, FL 32896-0090
27978423      +E-mail/Text: AADAMS@JAXFCU.ORG Jan 03 2019 23:28:20      Jax Federal Credit Union,
               562 Park Street,   Jacksonville, FL 32204-2962
27978426      +EDI: HCA2.COM Jan 04 2019 04:08:00      Orange Park Medical Center,   PO Box 740771,
               Cincinnati, OH 45274-0771
27978432      +EDI: RMSC.COM Jan 04 2019 04:08:00      SYNCB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
27978429       E-mail/Text: collectionsoperationsgroup@vystarcu.org Jan 03 2019 23:30:05
               Vystar Credit Union,   4949 Blanding Blvd.,   Jacksonville, FL 32210
27978430      +EDI: WFFC.COM Jan 04 2019 04:08:00      Wells Fargo Home Mortgage,   PO Box 10335,
               Des Moines, IA 50306-0335
27978431      +EDI: WFFC.COM Jan 04 2019 04:08:00      Wells Fargo Home Mortgage,   PO Box 14411,
               Des Moines, IA 50306-3411
                                                                              TOTAL: 15

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 113A-3            User: kmenard           Page 2 of 2            Date Rcvd: Jan 03, 2019
                               Form ID: 309A            Total Noticed: 25


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              Doreen  Abbott    jaxtrustee@gmail.com,  dabbott@ecf.epiqsystems.com
              United States Trustee - JAX 13/7   USTP.Region21.OR.ECF@usdoj.gov
                                                                       TOTAL: 2
```

<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Alberto Anthony Ramos** | Social Security number or ITIN **xxx–xx–6679** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Louise Holloway–Ramos** | Social Security number or ITIN **xxx–xx–9729** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter **7**   **1/2/19** |
| Case number:   **3:19–bk–00002–JAF** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alberto Anthony Ramos | Mary Louise Holloway–Ramos |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2392 Perth Dr Orange Park, FL 32065 | 2392 Perth Dr Orange Park, FL 32065 |
| 4. | **Debtor's attorney** Name and address | None | |
| 5. | **Bankruptcy Trustee** Name and address | Doreen Abbott PO Box 56257 Jacksonville, FL 32241–6257 | Contact phone 904–886–9459 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Debtor **Alberto Anthony Ramos** and **Mary Louise Holloway–Ramos**    Case number **3:19–bk–00002–JAF**

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 North Hogan Street Suite 3–150<br>Jacksonville, FL 32202 | Hours open:<br>Monday – Friday 8:30 AM –<br>4:00PM<br><br>Contact phone 904–301–6490<br><br>Date: January 3, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **February 14, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. \*\*\*** | Location:<br><br>**FIRST FLOOR, 300 North Hogan St. Suite 1–200, Jacksonville, FL 32202** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: April 15, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

except when routine maintenance is performed. To access McVCIS toll free call
1–866–222–8029.