United States Bankruptcy Court
Middle District of Florida

In re:  
Alberto Anthony Ramos  
Mary Louise Holloway-Ramos  
       Debtors

Case No. 19-00002-JAF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-3        User: kmenard        Page 1 of 1        Date Rcvd: Jan 03, 2019  
                      Form ID: Dntcdfnc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2019.  
db/jdb        +Alberto Anthony Ramos,   Mary Louise Holloway-Ramos,   2392 Perth Dr,   Orange Park, FL 32065-6382

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2019 at the address(es) listed below:  
          Doreen Abbott    jaxtrustee@gmail.com,   dabbott@ecf.epiqsystems.com  
          United States Trustee - JAX 13/7   USTP.Region21.OR.ECF@usdoj.gov  
                                                                                                                     TOTAL: 2

**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:19–bk–00002–JAF
Chapter 7

Alberto Anthony Ramos

Mary Louise Holloway–Ramos

_____Debtor*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On January 2, 2019 the above named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

The voluntary petition does not include the Debtor's telephone number on page 8. The Debtor is directed to file a "Notice of Telephone Number" or a "Statement of No Telephone Number" no later than 14 days from the date of this notice.

The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

Dated: January 3, 2019

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
300 North Hogan Street Suite 3–150
Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.