UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
__JACKSONVILLE__ DIVISION

**FILED**
JACKSONVILLE, FLORIDA
JAN 09 2019
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Case No. 19-00002-3F7

_____Debtor(s)_____/

NOTICE OF ~~CHANGE OF ADDRESS~~ Phone Number

**CHECK ONLY ONE:**

DEBTOR(s): ✓    CREDITOR: ____

Please print the following information:

NAME: Alberto Anthony Ramos
Mary Louise Holloway-Ramos

OLD MAILING ADDRESS: _____

NEW MAILING ADDRESS: _____

DATED: 1-9-19    _____[signature]_____
Signature of Debtor or Creditor

_____[signature]_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: (904) 272-1013

**All future notices shall be sent to the new mailing address**

(6/1/11)