[Doapvifp] [District order approving in forma pauperis]

ORDERED.

**Dated: January 18, 2019**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Alberto Anthony Ramos

Mary Louise Holloway–Ramos

_____Debtor*_____/

Case No. 3:19–bk–00002–JAF
Chapter 7

ORDER APPROVING APPLICATION
TO HAVE THE CHAPTER 7 FILING FEE WAIVED

   THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Have the Chapter 7 Filing Fee Waived, (Document No. 4 ). Having reviewed the Application, the Court finds that the Application should be approved.

   Accordingly, it is

   **ORDERED:**

   1. The Application is approved.

   2. The Chapter 7 filing fee and other fees scheduled by the Judicial Conference under 28 U.S.C. §§ 1930 (b) and (c) are waived. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.