```
                            United States Bankruptcy Court
                              Middle District of Florida
```

In re:                                                          Case No. 19-00002-JAF
Alberto Anthony Ramos                                           Chapter 7
Mary Louise Holloway-Ramos
       Debtors

## CERTIFICATE OF NOTICE

District/off: 113A-3    User: smithr            Page 1 of 1         Date Rcvd: Jan 18, 2019
                        Form ID: Doapvifp       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db/jdb         +Alberto Anthony Ramos,   Mary Louise Holloway-Ramos,   2392 Perth Dr,
                Orange Park, FL 32065-6382

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
      Doreen Abbott    jaxtrustee@gmail.com, dabbott@ecf.epiqsystems.com
      United States Trustee - JAX 13/7   USTP.Region21.OR.ECF@usdoj.gov
                                                                                                                       TOTAL: 2

**[Doapvifp]** [District order approving in forma pauperis]

**Dated: January 18, 2019**

ORDERED.

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Alberto Anthony Ramos

Mary Louise Holloway−Ramos

_____Debtor*_____/

Case No. 3:19−bk−00002−JAF
Chapter 7

ORDER APPROVING APPLICATION
TO HAVE THE CHAPTER 7 FILING FEE WAIVED

   THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Have the Chapter 7 Filing Fee Waived, (Document No. 4 ). Having reviewed the Application, the Court finds that the Application should be approved.

   Accordingly, it is

   ***ORDERED:***

   1. The Application is approved.

   2. The Chapter 7 filing fee and other fees scheduled by the Judicial Conference under 28 U.S.C. §§ 1930 (b) and (c) are waived. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.