

**Nelnet**
121 South 13th Street
Suite 201
Lincoln, NE 68508


UNITED STATES BANKRUPTCY COURT

Middle District of Florida Bankruptcy Court


2/1/2019


IN RE:
Mary Holloway-Ramos
Case #: 19-00002-JAF-7


REQUEST FOR NOTICE PURSUANT TO
BANKRUPTCY RULE 2002(g)


This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under the Bankruptcy Rule 2002 at the address below.


The address to which all notices should be sent:

Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508


Sincerely,
/s/ Eric Kozisek
Bankruptcy Coordinator