**[Dntchrg]** [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No. 3:19−bk−00002−JAF
                                                                                        Chapter 7
Alberto Anthony Ramos

Mary Louise Holloway−Ramos

_____Debtor*_____/

## NOTICE OF PRELIMINARY HEARING ON REAFFIRMATION AGREEMENT

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on February 25, 2019, at 12:00 PM in 300 North Hogan Street, 4th Floor − Courtroom 4D, Jacksonville, FL 32202 on the following matter:

    Reaffirmation Agreement with SunTrust Bank (Document No. 13)

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. <u>Avoid delays</u>. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

                                                    FOR THE COURT
Dated: February 11, 2019                            Sheryl L. Loesch , Clerk of Court
                                                    300 North Hogan Street Suite 3−150
                                                    Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.