United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 19-00002-JAF
Alberto Anthony Ramos                                                   Chapter 7
Mary Louise Holloway-Ramos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-3           User: pcathy              Page 1 of 1              Date Rcvd: Feb 11, 2019
                               Form ID: Dntchrg          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
db/jdb         +Alberto Anthony Ramos,   Mary Louise Holloway-Ramos,   2392 Perth Dr,
                 Orange Park, FL 32065-6382
cr             +SUNTRUST BANK,   Attn: Support Services,   P.O. Box 85092,   Richmond, VA 23286-0001
27978428        SunTrust Bank,   PO Box 30281,   Richmond, VA 23285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:
              Doreen Abbott    jaxtrustee@gmail.com, dabbott@ecf.epiqsystems.com
              United States Trustee - JAX 13/7   USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 2

[Dntchrg] [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Alberto Anthony Ramos

Mary Louise Holloway−Ramos

_____Debtor*_____/

Case No. 3:19−bk−00002−JAF
Chapter 7

NOTICE OF PRELIMINARY HEARING ON REAFFIRMATION AGREEMENT

   NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on February 25, 2019, at 12:00 PM in 300 North Hogan Street, 4th Floor − Courtroom 4D, Jacksonville, FL 32202 on the following matter:

   Reaffirmation Agreement with SunTrust Bank (Document No. 13)

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: February 11, 2019

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
300 North Hogan Street Suite 3−150
Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.