

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/25/2019 12:00 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:19-bk-00002-JAF | 7 | 01/02/2019 |

**Chapter 7**

**DEBTOR:** Alberto Ramos

Mary Holloway-Ramos

**DEBTOR ATTY:** NA

**TRUSTEE:** Doreen Abbott

**HEARING:**

1. Preliminary Hearing on Reaffirmation Agreement Between Debtor and SunTrust Bank. with Presumption of Undue Hardship re: 2392 PERTH DR ORANGE for the amount of $67793.39 /monthly payments in the amount of $491.69 Filed by Creditor SUNTRUST BANK. (Suntrust Bank (AS)) Doc #13
2. Preliminary Hearing on Reaffirmation Agreement Between Debtor and Wells Fargo Bank, N.A.. with Presumption of Undue Hardship re: 2392 PERTH DR, ORANGE PARK, FL 32065 for the amount of $46,439.15 /monthly payments in the amount of $583.37 Filed by Creditor WELLS FARGO BANK, N.A.. (Wells Fargo Financial (AL)) Doc #16

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Preliminary Hearing on Reaffirmation Agreement Between Debtor and SunTrust Bank. with Presumption of Undue Hardship re: 2392 PERTH DR ORANGE for the amount of $67793.39 /monthly payments in the amount of $491.69 Filed by Creditor SUNTRUST BANK. (Suntrust Bank (AS)) Doc #13

   DENIED ORD/CLERK

2. Preliminary Hearing on Reaffirmation Agreement Between Debtor and Wells Fargo Bank, N.A.. with Presumption of Undue Hardship re: 2392 PERTH DR, ORANGE PARK, FL 32065 for the amount of $46,439.15 /monthly payments in the amount of $583.37 Filed by Creditor WELLS FARGO BANK, N.A.. (Wells Fargo Financial (AL)) Doc #16

   DENIED ORD/CLERK

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.