**[Doadreaf]** [ORDER ON REAFFIRMATION AGREEMENT]

ORDERED.

**Dated: February 27, 2019**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:19–bk–00002–JAF
 Chapter 7

Alberto Anthony Ramos

Mary Louise Holloway–Ramos

_____Debtor*_____/

**ORDER ON REAFFIRMATION AGREEMENT**

THIS CASE came on for hearing on February 25, 2019 for consideration of the Reaffirmation Agreement between the Debtor and Suntrust Bank (Doc. No. 13 ) . For reasons stated orally and recorded in open court that shall constitute the decision of the Court, accordingly, it is

**ORDERED:**

The Reaffirmation Agreement is disapproved.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.