**[Doadreaf]** [ORDER ON REAFFIRMATION AGREEMENT]

ORDERED.

**Dated: February 27, 2019**

*Jerry A. Funk*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 3:19–bk–00002–JAF
                                                                      Chapter 7
Alberto Anthony Ramos

Mary Louise Holloway–Ramos

_____Debtor*_____/

## ORDER ON REAFFIRMATION AGREEMENT

    THIS CASE came on for hearing on February 25, 2019 for consideration of the Reaffirmation Agreement between the Debtor and Wells Fargo Bank, N.A. (Doc. No. 16 ) . For reasons stated orally and recorded in open court that shall constitute the decision of the Court, accordingly, it is

  **ORDERED:**

  The Reaffirmation Agreement is disapproved. Enter additional information if needed, or delete this text

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.