```
                         United States Bankruptcy Court
                           Middle District of Florida

In re:                                                      Case No. 19-00002-JAF
Alberto Anthony Ramos                                       Chapter 7
Mary Louise Holloway-Ramos
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 113A-3       User: baldws           Page 1 of 1           Date Rcvd: Feb 27, 2019
                           Form ID: Doadreaf      Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2019.
```
db/jdb         +Alberto Anthony Ramos,   Mary Louise Holloway-Ramos,    2392 Perth Dr,
                 Orange Park, FL 32065-6382
cr             +SUNTRUST BANK,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
cr              WELLS FARGO BANK, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 EAGAN, MN  55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: electronicbkydocs@nelnet.net Feb 27 2019 23:24:39      Nelnet,
                 121 South 13th Street,   Suite 201,   Lincoln, NE 68508-1922
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2019 at the address(es) listed below:
```
              Doreen   Abbott    jaxtrustee@gmail.com,    dabbott@ecf.epiqsystems.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

[Doadreaf] [ORDER ON REAFFIRMATION AGREEMENT]

ORDERED.

**Dated: February 27, 2019**

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:19−bk−00002−JAF
        Chapter 7

Alberto Anthony Ramos

Mary Louise Holloway−Ramos

_____Debtor*_____/

## ORDER ON REAFFIRMATION AGREEMENT

THIS CASE came on for hearing on February 25, 2019 for consideration of the Reaffirmation Agreement between the Debtor and Wells Fargo Bank, N.A. (Doc. No. 16 ) . For reasons stated orally and recorded in open court that shall constitute the decision of the Court, accordingly, it is

**ORDERED:**

The Reaffirmation Agreement is disapproved. Enter additional information if needed, or delete this text

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.