United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 19-00002-JAF
Alberto Anthony Ramos                                                   Chapter 7
Mary Louise Holloway-Ramos
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113A-3          User: admin              Page 1 of 2           Date Rcvd: Mar 12, 2019
                              Form ID: aPOCjck         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
```
db/jdb       +Alberto Anthony Ramos,    Mary Louise Holloway-Ramos,    2392 Perth Dr,
               Orange Park, FL 32065-6382
27978414     +Angela Karulak L FNP,    1895 Kingsley Ave,    Orange Park, FL 32073-4466
27978418     +Clay County Fire Rescue,    PO Box 865666,    Orlando, FL 32886-5666
27978419     +Clay County Fire Rescue,    PO Box 865668,    Orlando, FL 32886-5668
27978407     +Clay County Tax Collector,    Post Office Box 218,    Green Cove Springs FL 32043-0218
27978415     +Jon Brown, Do,    1895 Kingsley Ave,    Orange Park 32073-4466
27978424     +KCI USA INC,    PO Box 30128,    Dallas, TX 75303-0001
27978425      Nel Net Loans,    3015 S Parker Rd Suite 400,    Indianapolis, IN 46240
27978427     +Orange Park Acute Trama LLC,    1895 Kingsley Ave Suite 300,    Orange Park, FL 32073-4453
27978428      SunTrust Bank,    PO Box 30281,    Richmond, VA 23285
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            EDI: QDRABBOTT.COM Mar 13 2019 03:23:00      Doreen Abbott,    PO Box 56257,
               Jacksonville, FL  32241-6257
cr           +EDI: STF1.COM Mar 13 2019 03:23:00      SUNTRUST BANK,    Attn: Support Services,
               P.O. Box 85092,    Richmond, VA 23286-0001
cr            EDI: WFFC.COM Mar 13 2019 03:23:00      WELLS FARGO BANK, N.A.,    Default Document Processing,
               N9286-01Y,    1000 Blue Gentian Road,    EAGAN, MN  55121-7700
27978413      EDI: CBSAAFES.COM Mar 13 2019 03:23:00      Army/Airforce Exchange,    PO Box 650410,
               Dallas, TX 75265
27978416     +EDI: CAPITALONE.COM Mar 13 2019 03:23:00      Capital One Bank USA NA,    PO Box 30281,
               Salt Lake City, UT 84130-0281
27978417     +EDI: CAPITALONE.COM Mar 13 2019 03:23:00      Capital One Bank USA NA,    PO Box 30285,
               Salt Lake City, UT 84130-0285
27978408      EDI: FLDEPREV.COM Mar 13 2019 03:23:00      Florida Dept. of Revenue,    Bankruptcy Unit,
               P.O. Box 6668,    Tallahassee, FL 32314-6668
27978420     +EDI: CITICORP.COM Mar 13 2019 03:23:00      Home Depot,    PO Box 6497,
               Sioux Falls, SD 57117-6497
27978422     +EDI: RMSC.COM Mar 13 2019 03:23:00      JCPenney,    PO Box 965007,    Orlando, FL 32896-5007
27978421      EDI: RMSC.COM Mar 13 2019 03:23:00      JCPenney,    PO Box 960090,    Orlando, FL 32896-0090
27978423     +E-mail/Text: AADAMS@JAXFCU.ORG Mar 12 2019 23:50:01      Jax Federal Credit Union,
               562 Park Street,    Jacksonville, FL 32204-2962
28042496     +E-mail/Text: electronicbkydocs@nelnet.net Mar 12 2019 23:51:20      Nelnet,
               121 South 13th Street, Suite 201,    Lincoln, NE 68508-1922
27978426     +EDI: HCA2.COM Mar 13 2019 03:23:00      Orange Park Medical Center,    PO Box 740771,
               Cincinnati, OH 45274-0771
27978432     +EDI: RMSC.COM Mar 13 2019 03:23:00      SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
27978429      E-mail/Text: collectionsoperationsgroup@vystarcu.org Mar 12 2019 23:52:07
               Vystar Credit Union,    4949 Blanding Blvd.,    Jacksonville, FL 32210
27978430     +EDI: WFFC.COM Mar 13 2019 03:23:00      Wells Fargo Home Mortgage,    PO Box 10335,
               Des Moines, IA 50306-0335
27978431     +EDI: WFFC.COM Mar 13 2019 03:23:00      Wells Fargo Home Mortgage,    PO Box 14411,
               Des Moines, IA 50306-3411
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          +Nelnet,   121 South 13th Street,   Suite 201,   Lincoln, NE 68508-1922
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                              Signature:  /s/Joseph Speetjens

```
District/off: 113A-3         User: admin              Page 2 of 2           Date Rcvd: Mar 12, 2019
                             Form ID: aPOCjck         Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              Doreen   Abbott    jaxtrustee@gmail.com,  dabbott@ecf.epiqsystems.com
              United States Trustee - JAX 13/7   USTP.Region21.OR.ECF@usdoj.gov
                                                                                       TOTAL: 2
```

**[Dnftpoc]** [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                          Case No. 3:19−bk−00002−JAF
                                                                                                Chapter 7

Alberto Anthony Ramos

Mary Louise Holloway−Ramos

_____Debtor(s)_____/

## NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is June 13, 2019 .

A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − *www.flmb.uscourts.gov,* or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

Dated March 11, 2019 .

Sheryl L. Loesch , Clerk of Court
300 North Hogan Street Suite 3−150
Jacksonville, FL 32202

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
All Interested Parties