**[7nfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course – Ch 7]

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                           Case No. 3:19−bk−00002−JAF
                                                                 Chapter 7

Alberto Anthony Ramos
2392 Perth Dr
Orange Park, FL 32065

Mary Louise Holloway−Ramos
2392 Perth Dr
Orange Park, FL 32065

_____Debtor*_____/

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT
## A FINANCIAL MANAGEMENT COURSE

In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification About a Financial Management Course (Official Form 423).

YOU ARE NOTIFIED that in a chapter 7 case, the case will close without an entry of discharge if the Debtor fails to file the certification within 60 days after the first date set for the meeting of creditors in accordance with Fed. R. Bankr. P. 1007(c).

If you previously submitted a Certification About a Financial Management Course (Official Form 423) dated prior to the petition file date of January 2, 2019 , a new post−petition Certification About a Financial Management Course is required.

A link to forms is available on the Court's website at:
http://www.flmb.uscourts.gov/bkforms/bankruptcy_forms.html.

Dated: March 28, 2019

                              FOR THE COURT
                              Sheryl L. Loesch , Clerk of Court
                              300 North Hogan Street Suite 3−150
                              Jacksonville, FL 32202

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee