Notice of Returned Mail to Debtor/Debtor's Attorney

April 1, 2019

From: United States Bankruptcy Court, Middle District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Alberto Anthony Ramos, Case Number 19-00002, JAF

FILED VIA MAIL
JACKSONVILLE, FLORIDA

APR 11 2019

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**United States Bankruptcy Court**
**300 North Hogan Street Suite 3-150**
**Jacksonville, FL 32202**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Nel Net Loans
3015 S Parker Rd Suite 400
Indianapolis, IN 46240

THE UPDATED ADDRESS IS:

Nel Net Claims
P.O. Box 82505
Lincoln, NE 68501-2505
(Student loan for Mary L. Holloway-Ramos)

_____
Signature of Debtor or Debtor's Attorney

April 8, 2019
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

028157

19209028185014

1