```
                              United States Bankruptcy Court
                                 Middle District of Florida
In re:                                                                                  Case No. 19-00002-JAF
Alberto Anthony Ramos                                                                   Chapter 7
Mary Louise Holloway-Ramos
         Debtors                             CERTIFICATE OF NOTICE
District/off: 113A-3          User: mullic                  Page 1 of 2                 Date Rcvd: Apr 16, 2019
                              Form ID: B318                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db/jdb         +Alberto Anthony Ramos,    Mary Louise Holloway-Ramos,    2392 Perth Dr,
                 Orange Park, FL 32065-6382
27978414       +Angela Karulak L FNP,    1895 Kingsley Ave,    Orange Park, FL 32073-4466
27978418       +Clay County Fire Rescue,    PO Box 865666,    Orlando, FL 32886-5666
27978419       +Clay County Fire Rescue,    PO Box 865668,    Orlando, FL 32886-5668
27978407       +Clay County Tax Collector,    Post Office Box 218,    Green Cove Springs FL 32043-0218
27978415       +Jon Brown, Do,   1895 Kingsley Ave,    Orange Park 32073-4466
27978424       +KCI USA INC,   PO Box 30128,    Dallas, TX 75303-0001
27978425        Nel Net Claims,   PO Box 82505,    Lincoln, NE 68501-2505
27978427       +Orange Park Acute Trama LLC,    1895 Kingsley Ave Suite 300,    Orange Park, FL 32073-4453
27978428        SunTrust Bank,   PO Box 30281,    Richmond, VA 23285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QDRABBOTT.COM Apr 17 2019 03:38:00      Doreen Abbott,    PO Box 56257,
                 Jacksonville, FL  32241-6257
cr             EDI: WFFC.COM Apr 17 2019 03:38:00      WELLS FARGO BANK, N.A.,    Default Document Processing,
                 N9286-01Y,    1000 Blue Gentian Road,    EAGAN, MN  55121-7700
27978413        EDI: CBSAAFES.COM Apr 17 2019 03:38:00      Army/Airforce Exchange,    PO Box 650410,
                 Dallas, TX 75265
28136727        EDI: CAPITALONE.COM Apr 17 2019 03:38:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
27978416       +EDI: CAPITALONE.COM Apr 17 2019 03:38:00      Capital One Bank USA NA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
27978417       +EDI: CAPITALONE.COM Apr 17 2019 03:38:00      Capital One Bank USA NA,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
27978408        EDI: FLDEPREV.COM Apr 17 2019 03:38:00      Florida Dept. of Revenue,    Bankruptcy Unit,
                 P.O. Box 6668,    Tallahassee, FL 32314-6668
27978420       +EDI: CITICORP.COM Apr 17 2019 03:38:00      Home Depot,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
27978422       +EDI: RMSC.COM Apr 17 2019 03:38:00      JCPenney,    PO Box 965007,    Orlando, FL 32896-5007
27978421        EDI: RMSC.COM Apr 17 2019 03:38:00      JCPenney,    PO Box 960090,    Orlando, FL 32896-0090
27978423       +E-mail/Text: AADAMS@JAXFCU.ORG Apr 16 2019 23:51:35      Jax Federal Credit Union,
                 562 Park Street,    Jacksonville, FL 32204-2962
28042496       +E-mail/Text: electronicbkydocs@nelnet.net Apr 16 2019 23:52:34       Nelnet,
                 121 South 13th Street, Suite 201,    Lincoln, NE 68508-1922
27978426       +EDI: HCA2.COM Apr 17 2019 03:38:00      Orange Park Medical Center,    PO Box 740771,
                 Cincinnati, OH 45274-0771
27978432       +EDI: RMSC.COM Apr 17 2019 03:38:00      SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
28126381       +EDI: STF1.COM Apr 17 2019 03:38:00      SunTrust Bank,    Attn: Support Services,
                 P.O. Box 85092,    Richmond, VA 23286-0001
27978429        E-mail/Text: collectionsoperationsgroup@vystarcu.org Apr 16 2019 23:53:06
                 Vystar Credit Union,    4949 Blanding Blvd.,    Jacksonville, FL 32210
27978430       +EDI: WFFC.COM Apr 17 2019 03:38:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
27978431       +EDI: WFFC.COM Apr 17 2019 03:38:00      Wells Fargo Home Mortgage,    PO Box 14411,
                 Des Moines, IA 50306-3411
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nelnet,   121 South 13th Street, Suite 201,    Lincoln, NE 68508-1922
cr*            +SUNTRUST BANK,   Attn: Support Services,    P.O. Box 85092,   Richmond, VA 23286-0001
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 113A-3            User: mullic                 Page 2 of 2                  Date Rcvd: Apr 16, 2019
                                Form ID: B318                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              Doreen   Abbott    jaxtrustee@gmail.com,  dabbott@ecf.axosfs.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alberto Anthony Ramos** | Social Security number or ITIN **xxx−xx−6679** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Louise Holloway−Ramos** | Social Security number or ITIN **xxx−xx−9729** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Florida**

Case number:   **3:19−bk−00002−JAF**

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alberto Anthony Ramos          Mary Louise Holloway−Ramos

-

Dated: April 16, 2019          Jerry A. Funk
                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 **Order of Discharge** page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**