VIA mail

**FILED**
JACKSONVILLE, FLORIDA

APR 24 2019

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Notice of Returned Mail to Debtor/Debtor's Attorney

April 1, 2019

From: United States Bankruptcy Court, Middle District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Alberto Anthony Ramos, Case Number 19-00002, JAF

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THI CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**United States Bankruptcy Court
300 North Hogan Street Suite 3-150
Jacksonville, FL 32202**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

~~Net Net Loans
3015 S Parker Rd Suite 400
Indianapolis, IN 46240~~

Suntrust Bank
P.O. Box 30281
Richmond, VA 23285

We were given the Incorrect P.O.B. →

THE UPDATED ADDRESS IS:

SunTrust Bank
P.O. Box 85092
VA-RVW 6290
Richmond, VA 23286

4/24/19
Date

_[signature]_
Signature of Debtor or Debtor's Attorney

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S Bankruptcy Court where the case is pending with questions or comments.

028157

19209028185014

[Doadreaf] [ORDER ON REAFFIRMATION AGREEMENT]

ORDERED.

Dated: **February 27, 2019**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                       Case No. 3:19-bk-00002-JAF
                                                                             Chapter 7
Alberto Anthony Ramos

Mary Louise Holloway-Ramos

_____Debtor*_____/

### ORDER ON REAFFIRMATION AGREEMENT

THIS CASE came on for hearing on February 25, 2019 for consideration of the Reaffirmation Agreement between the Debtor and Suntrust Bank (Doc. No. 13 ). For reasons stated orally and recorded in open court that shall constitute the decision of the Court, accordingly, it is

**ORDERED:**

The Reaffirmation Agreement is disapproved.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.