UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   ALBERTO ANTHONY RAMOS                    § Case No. 3:19-bk-00002-JAF
         MARY LOUISE HOLLOWAY-RAMOS               §
                                                  §
Debtor(s)                                         §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/02/2019. The undersigned trustee was appointed on 01/02/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       10,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $  10,000.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/13/2019 and the deadline for filing governmental claims was 07/01/2019.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00.²   In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $104.82, for total expenses of $104.82.²

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:   01/27/2020                          By:   /s/ Doreen Abbott
                                                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

² If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

**Case Number:** 19-00002 JAF  
**Case Name:** ALBERTO ANTHONY RAMOS  
MARY LOUISE HOLLOWAY-RAMOS  
**Period Ending:** 01/27/20  

**Trustee:** Doreen Abbott  
**Filed (f) or Converted (c):** 01/02/19 (f)  
**§341(a) Meeting Date:** 02/14/19  
**Claims Bar Date:** 06/13/19  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | BANK ACCOUNTS<br>NAVY FEDERAL CREDIT UNION<br>PROCEEDS FROM PERSONAL INJURY CLAIM | 10.00 | 10,000.00 | | 10,000.00 | FA |
| 2 | REAL PROPERTY<br>2392 PERTH DR., ORANGE PARK, FL  32065 | 214,000.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS | 100.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 80.00 | 0.00 | | 0.00 | FA |
| 6 | BANK ACCOUNTS<br>NAVY FEDERAL CREDIT UNION | 10.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$214,300.00** | **$10,000.00** | | **$10,000.00** | **$0.00** |

**Major activities affecting case closing:**  
NO ATTORNEY EMPLOYED  
DEBTORS HAVE PERSONAL INJURY PROCEEDS  
OBJECTIONS TO EXEMPTIONS TO COURT 3/9/19  
DEBTORS TO VOLUNTARILY TURNOVER $10,000 FROM PI PROCEEDS  
TFR SUBMITTED 1/27/20  

**Initial Projected Date of Final Report (TFR):** January 01, 2021       **Current Projected Date of Final Report (TFR):** January 27, 2020

Exhibit B

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 19-00002 JAF | Trustee: | Doreen Abbott |
|---|---|---|---|
| Case Name: | ALBERTO ANTHONY RAMOS | Bank Name: | Axos Bank |
| | MARY LOUISE HOLLOWAY-RAMOS | Account: | *********0956 - Checking Account |
| Taxpayer ID#: | **-***9599 | Blanket Bond: | $23,516,752.00 (per case limit) |
| Period Ending: | 01/27/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/19 | Asset #1 | ALBERTO ANTHONY RAMOS | TURNOVER OF PI PROCEEDS | 1129-000 | 10,000.00 | | 10,000.00 |
| 05/23/19 | | Axos Bank | Account Closeout Transfer Adjustment | 9999-000 | | 10,000.00 | 0.00 |

|  | | |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 10,000.00 | |
| **Subtotal** | 10,000.00 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,000.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 2

| **Case Number:** | 19-00002 JAF | **Trustee:** | Doreen Abbott |
|---|---|---|---|
| **Case Name:** | ALBERTO ANTHONY RAMOS | **Bank Name:** | Signature Bank |
| | MARY LOUISE HOLLOWAY-RAMOS | **Account:** | ******9437 - Checking |
| **Taxpayer ID#:** | **-***9599 | **Blanket Bond:** | $23,516,752.00 (per case limit) |
| **Period Ending:** | 01/27/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/23/19 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 10,000.00 | | 10,000.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 0.00 | $10,000.00 |
| | | | Less: Bank Transfers | | 10,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # *********0956** | 10,000.00 | 0.00 | 0.00 |
| **Checking # ******9437** | 0.00 | 0.00 | 10,000.00 |
| | $10,000.00 | $0.00 | $10,000.00 |

# Exhibit C
# Claims Register
### Case:  19-00002-JAF    ALBERTO ANTHONY RAMOS

Total Proposed Payment: $10,000.00                                        Claims Bar Date: 06/13/19

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
|  | Doreen Abbott<br>P.O. Box 56257<br>Jacksonville, FL 32241-6257<br>2100-00  Trustee Compensation, 200 | Admin Ch. 7<br>07/19/19 |  | $1,750.00<br>$1,750.00 | $0.00<br>$1,750.00 | $1,750.00 |
|  | Doreen Abbott<br>P.O. Box 56257<br>Jacksonville, FL 32241-6257<br>2200-00  Trustee Expenses, 200 | Admin Ch. 7<br>01/27/20 |  | $104.82<br>$104.82 | $0.00<br>$104.82 | $104.82 |
| 1 | Suntrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286<br>4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 100 | Secured<br>03/19/19 | Real Estate | $67,719.67<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 2 | Vystar Credit Union<br>4949 Blanding Blvd.<br>Jacksonville, FL 32210<br>7100-90  Payments to Unsecured Credit Card Holders, 610 | Unsecured<br>03/21/19 |  | $4,149.86<br>$4,149.86 | $0.00<br>$579.87 | $4,149.86 |
| 3 | Vystar Credit Union<br>4949 Blanding Blvd.<br>Jacksonville, FL 32210<br>7100-90  Payments to Unsecured Credit Card Holders, 610 | Unsecured<br>03/21/19 |  | $21,158.84<br>$21,158.84 | $0.00<br>$2,956.57 | $21,158.84 |
| 4 | Capital One<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>7100-90  Payments to Unsecured Credit Card Holders, 610 | Unsecured<br>03/22/19 |  | $5,454.08<br>$5,454.08 | $0.00<br>$762.11 | $5,454.08 |
| 5 | Nelnet<br>121 South 13th Street<br>Suite 201<br>Lincoln, NE 68508<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>03/26/19 | 9729 | $2,061.41<br>$2,061.41 | $0.00<br>$288.04 | $2,061.41 |
| 6 | Jax Federal Credit Union<br>562 Park Street<br>Jacksonville, FL 32204<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>03/27/19 |  | $5,572.12<br>$5,572.12 | $0.00<br>$778.60 | $5,572.12 |
| 7 | Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd<br>Dallas, TX 75236<br>7100-90  Payments to Unsecured Credit Card Holders, 610 | Unsecured<br>05/31/19 | 1731 | $8,189.23<br>$8,189.23 | $0.00<br>$1,144.30 | $8,189.23 |
| 8 | Orange Park Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>06/07/19 |  | $150.00<br>$150.00 | $0.00<br>$20.96 | $150.00 |

# Exhibit C
# Claims Register
### Case: 19-00002-JAF    ALBERTO ANTHONY RAMOS

Total Proposed Payment: $10,000.00                                          Claims Bar Date: 06/13/19

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>06/07/19 | | $6,102.09<br>$6,102.09 | $0.00<br>$852.66 | $6,102.09 |
| | 7100-90   Payments to Unsecured Credit Card Holders, 610 | | | | | |
| 10 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>06/07/19 | | $500.01<br>$500.01 | $0.00<br>$69.87 | $500.01 |
| | 7100-90   Payments to Unsecured Credit Card Holders, 610 | | | | | |
| 11 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured<br>06/12/19 | Money Loaned | $4,953.80<br>$4,953.80 | $0.00<br>$692.20 | $4,953.80 |
| | 7100-90   Payments to Unsecured Credit Card Holders, 610 | | | | | |
| | | | **Case Total:** | **$60,146.26** | **$0.00** | **$60,146.26** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 19-00002-JAF
Case Name: ALBERTO ANTHONY RAMOS
Trustee Name: Doreen Abbott

**Balance on hand:** $ 10,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Suntrust Bank | 67,719.67 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,000.00

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Doreen Abbott | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - Doreen Abbott | 104.82 | 0.00 | 104.82 |

Total to be paid for chapter 7 administration expenses: $ 1,854.82
Remaining balance: $ 8,145.18

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 8,145.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,145.18

**UST Form 101-7-TFR (05/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,291.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Vystar Credit Union | 4,149.86 | 0.00 | 579.87 |
| 3 | Vystar Credit Union | 21,158.84 | 0.00 | 2,956.57 |
| 4 | Capital One | 5,454.08 | 0.00 | 762.11 |
| 5 | Nelnet | 2,061.41 | 0.00 | 288.04 |
| 6 | Jax Federal Credit Union | 5,572.12 | 0.00 | 778.60 |
| 7 | Army & Air Force Exchange Services | 8,189.23 | 0.00 | 1,144.30 |
| 8 | Orange Park Medical Center | 150.00 | 0.00 | 20.96 |
| 9 | PYOD, LLC | 6,102.09 | 0.00 | 852.66 |
| 10 | PYOD, LLC | 500.01 | 0.00 | 69.87 |
| 11 | Citibank, N.A. | 4,953.80 | 0.00 | 692.20 |

Total to be paid for timely general unsecured claims: $ 8,145.18
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**