# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | | |
|---|---|---|---|
| In re: | ALBERTO ANTHONY RAMOS<br>MARY LOUISE HOLLOWAY-RAMOS | §<br>§<br>§ | Case No. 3:19-bk-00002-JAF |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Doreen Abbott, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk, U S Bankruptcy Court
> 300 North Hogan Street
> Suite 3-150
> Jacksonville, FL  32202

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within **30** days from the mailing of this notice plus an additional three days for service if any party was served by U.S. Mail, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/02/2020      By: /s/ Doreen Abbott
                                      Trustee

Doreen Abbott
P.O. Box 56257
Jacksonville, FL  32241-6257

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ALBERTO ANTHONY RAMOS § Case No. 3:19-bk-00002-JAF
MARY LOUISE HOLLOWAY-RAMOS §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

*The Final Report shows receipts of*             $      10,000.00

*and approved disbursements of*                  $           0.00

*leaving a balance on hand of* [1]               $      10,000.00

**Balance on hand:**                             $      10,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Suntrust Bank | 67,719.67 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $        0.00
Remaining balance:                       $   10,000.00

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Doreen Abbott | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - Doreen Abbott | 104.82 | 0.00 | 104.82 |

Total to be paid for chapter 7 administration expenses:   $   1,854.82
Remaining balance:                                         $   8,145.18

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| NONE | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for prior chapter administration expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,145.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE |  |  |  |  |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,145.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,291.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Vystar Credit Union | 4,149.86 | 0.00 | 579.87 |
| 3 | Vystar Credit Union | 21,158.84 | 0.00 | 2,956.57 |
| 4 | Capital One | 5,454.08 | 0.00 | 762.11 |
| 5 | Nelnet | 2,061.41 | 0.00 | 288.04 |
| 6 | Jax Federal Credit Union | 5,572.12 | 0.00 | 778.60 |
| 7 | Army & Air Force Exchange Services | 8,189.23 | 0.00 | 1,144.30 |
| 8 | Orange Park Medical Center | 150.00 | 0.00 | 20.96 |
| 9 | PYOD, LLC | 6,102.09 | 0.00 | 852.66 |
| 10 | PYOD, LLC | 500.01 | 0.00 | 69.87 |
| 11 | Citibank, N.A. | 4,953.80 | 0.00 | 692.20 |

|  | Total to be paid for timely general unsecured claims: | $ | 8,145.18 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Doreen Abbott
Trustee

Doreen Abbott
P.O. Box 56257
Jacksonville, FL  32241-6257

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No: 19-00002-JAF

Alberto Anthony Ramos
Mary Louise Holloway-Ramos

_____Debtor(s)./

## PROOF OF SERVICE OF NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

The Trustee, Doreen Abbott, hereby certifies that a copy of the Notice of Trustee's Final Report and Applications for Compensation dated February 5, 2020, was furnished on February 5, 2020, by first class mail, postage prepaid, to all parties listed on the attached matrix or via CM/ECF after the docketing of the pleading if the recipient is a registered CM/ECF user.

Dated:  February 5, 2020

/s/ Doreen Abbott
P.O. Box 56257
Jacksonville, FL  32241-6257
(904) 886-9459
Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:19-bk-00002-JAF<br>Middle District of Florida<br>Jacksonville<br>Wed Feb  5 15:22:54 EST 2020 | Mary Louise Holloway-Ramos<br>2392 Perth Dr<br>Orange Park, FL 32065-6382 | Nelnet<br>121 South 13th Street<br>Suite 201<br>Lincoln, NE 68508-1922 |
| Alberto Anthony Ramos<br>2392 Perth Dr<br>Orange Park, FL 32065-6382 | SUNTRUST BANK<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | WELLS FARGO BANK, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>EAGAN, MN 55121-7700 |
| Angela Karulak L FNP<br>1895 Kingsley Ave<br>Orange Park, FL 32073-4466 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank USA NA<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Clay County Fire Rescue<br>PO Box 865666<br>Orlando, FL 32886-5666 | Clay County Fire Rescue<br>PO Box 865668<br>Orlando, FL 32886-5668 | Clay County Tax Collector<br>Post Office Box 218<br>Green Cove Springs FL 32043-0218 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | JCPenney<br>PO Box 960090<br>Orlando, FL 32896-0090 |
| JCPenney<br>PO Box 965007<br>Orlando, FL 32896-5007 | Jax Federal Credit Union<br>562 Park Street<br>Jacksonville, FL 32204-2962 | Jon Brown, Do<br>1895 Kingsley Ave<br>Orange Park 32073-4466 |
| KCI USA INC<br>PO Box 30128<br>Dallas, TX 75303-0001 | Nel Net Claims<br>PO Box 82505<br>Lincoln, NE 68501-2505 | Orange Park Acute Trama LLC<br>1895 Kingsley Ave Suite 300<br>Orange Park, FL 32073-4453 |
| Orange Park Medical Center<br>PO Box 740771<br>Cincinnati, OH 45274-0771 | Orange Park Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| SYNCB/Lowes<br>PO Box 965005<br>Orlando, FL 32896-5005 | SunTrust Bank<br>PO Box 85092<br>VA-RVW6290<br>Richmond, VA 23285-5092 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 |

| | | |
|---|---|---|
| Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Home Mortgage<br>PO Box 14411<br>Des Moines, IA 50306-3411 | Doreen Abbott +<br>PO Box 56257<br>Jacksonville, FL 32241-6257 |
| United States Trustee - JAX 13/7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd<br>Dallas, TX 75236 | (d)Army/Airforce Exchange<br>PO Box 650410<br>Dallas, TX 75265 | Vystar Credit Union<br>4949 Blanding Blvd.<br>Jacksonville, FL 32210 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (d)Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1922 | (d)SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     3
Total                  37