Dated: March 04, 2020

ORDERED.

*Jerry A. Funk*
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

Alberto Anthony Ramos
Mary Louise Holloway-Ramos
    Debtors
_____/

Case No. 19-00002-JAF
Chapter 7

### ORDER ALLOWING ADMINISTRATIVE EXPENSES

  This case came on for consideration of the Notice of Trustee's Final Report and Applications for Compensation (Doc. #34). The United States Trustee has reviewed the final report. All creditors and parties in interest have been given notice and the opportunity for a hearing of all pending applications for compensation and all pending administrative claims. All objections, if any, are resolved. It is therefore,

  ORDERED:

  1. The following expenses of administration which have not been paid are allowed, and the trustee is directed to pay these expenses pro rata to the person(s) so indicated.

| Application or Reason | Fees | Expenses |
|---|---:|---:|
| Doreen Abbott<br>P.O. Box 56257<br>Jacksonville, FL 32241-6257 | $1,750.00 | $104.82 |
| TOTAL COSTS OF ADMINISTRATION ORDERED PAID: | | $1,854.82 |

      2.  The following expenses of administration which have been previously paid with or without entry by the court of a specific order authorizing payment of them are allowed as indicated:

TOTAL ADMINISTRATIVE COSTS PREVIOUSLY PAID:

NONE

      3.  The Trustee has reported to the Court that no remaining assets are susceptible of liquidation and that any remaining assets are burdensome and should be abandoned. That abandonment is hereby authorized.

Trustee Doreen Abbott, Bankruptcy Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.