UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No:  19-00002-JAF

Alberto Anthony Ramos
Mary Louise Holloway-Ramos
_____Debtors./

**PROOF OF SERVICE OF**
**ORDER ALLOWING ADMINISTRATIVE EXPENSES**

The Trustee, Doreen Abbott, hereby certifies that a copy of the Order Allowing Administrative Expenses was furnished by first class mail, postage prepaid, to the following parties on March 7, 2020, or via CM/ECF after the docketing of the pleading if the recipient is a registered CM/ECF user:

Alberto Anthony Ramos and
Mary Louise Holloway-Ramos
2392 Perth Dr
Orange Park, FL  32065

United States Trustee

Dated:  March 7, 2020

/s/ Doreen Abbott
P.O. Box 56257
Jacksonville, FL  32241-6257
(904) 886-9459
Trustee