**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: Alberto Anthony Ramos | § | Case No. 3:19-bk-00002-JAF |
| Mary Louise Holloway-Ramos | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Doreen Abbott, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $0.00 | | Assets Exempt: $214,290.00 |
| *(without deducting any secured claims)* | | |
| Total Distribution to Claimants: $8,145.18 | | Claims Discharged Without Payment: $62,897.93 |
| Total Expenses of Administration: $1,854.82 | | |

3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 46,429.68 | 67,719.67 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,854.82 | 1,854.82 | 1,854.82 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,404.28 | 58,291.44 | 58,291.44 | 8,145.18 |
| **TOTAL DISBURSEMENTS** | **$105,833.96** | **$127,865.93** | **$60,146.26** | **$10,000.00** |

4) This case was originally filed under Chapter 7 on 01/02/2019. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2020      By: /s/ Doreen Abbott
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Suntrust Bank | 4110-000 | N/A | 67,719.67 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 46,429.68 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$46,429.68** | **$67,719.67** | **$0.00** | **$0.00** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Doreen Abbott | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Doreen Abbott | 2200-000 | N/A | 104.82 | 104.82 | 104.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$1,854.82** | **$1,854.82** | **$1,854.82** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Vystar Credit Union | 7100-900 | 4,017.17 | 4,149.86 | 4,149.86 | 579.87 |
| 3 | Vystar Credit Union | 7100-900 | 21,371.00 | 21,158.84 | 21,158.84 | 2,956.57 |
| 4 | Capital One | 7100-900 | 5,454.08 | 5,454.08 | 5,454.08 | 762.11 |
| 5 | Nelnet | 7100-000 | 2,049.00 | 2,061.41 | 2,061.41 | 288.04 |
| 6 | Jax Federal Credit Union | 7100-000 | 5,572.12 | 5,572.12 | 5,572.12 | 778.60 |
| 7 | Army & Air Force Exchange Services | 7100-900 | 8,189.24 | 8,189.23 | 8,189.23 | 1,144.30 |
| 8 | Orange Park Medical Center | 7100-000 | N/A | 150.00 | 150.00 | 20.96 |
| 9 | PYOD, LLC | 7100-900 | N/A | 6,102.09 | 6,102.09 | 852.66 |
| 10 | PYOD, LLC | 7100-900 | N/A | 500.01 | 500.01 | 69.87 |
| 11 | Citibank, N.A. | 7100-900 | N/A | 4,953.80 | 4,953.80 | 692.20 |
| NOTFILED | Angela Karulak L FNP | 7100-000 | 37.32 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Clay County Fire Rescue | 7100-000 | 137.68 | 0.00 | 0.00 | 0.00 |
| NOTFILED | JC Penny | 7100-000 | 915.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jon Brown, Do | 7100-000 | 30.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | KCI USA Inc. | 7100-000 | 227.58 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Orange Park Acute Trauma | 7100-000 | 92.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Orange Park Medical Center 01310 | 7100-000 | 60.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Orange Park Medical Center 01310 | 7100-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Syncb/Lowes | 7100-000 | 6,102.09 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Home Depot. | 7100-000 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$59,404.28** | **$58,291.44** | **$58,291.44** | **$8,145.18** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 1

| **Case Number:** | 19-00002 JAF | **Trustee:** | Doreen Abbott |
|---|---|---|---|
| **Case Name:** | Alberto Anthony Ramos | **Filed (f) or Converted (c):** | 01/02/19 (f) |
| | Mary Louise Holloway-Ramos | **§341(a) Meeting Date:** | 02/14/19 |
| **Period Ending:** | 06/25/20 | **Claims Bar Date:** | 06/13/19 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | BANK ACCOUNTS<br>NAVY FEDERAL CREDIT UNION<br>PROCEEDS FROM PERSONAL INJURY CLAIM | 10.00 | 10,000.00 | | 10,000.00 | FA |
| 2 | REAL PROPERTY<br>2392 PERTH DR., ORANGE PARK, FL  32065 | 214,000.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS | 100.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 80.00 | 0.00 | | 0.00 | FA |
| 6 | BANK ACCOUNTS<br>NAVY FEDERAL CREDIT UNION | 10.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$214,300.00** | **$10,000.00** | | **$10,000.00** | **$0.00** |

**Major activities affecting case closing:**  
NO ATTORNEY EMPLOYED  
DEBTORS HAVE PERSONAL INJURY PROCEEDS  
OBJECTIONS TO EXEMPTIONS TO COURT 3/9/19  
DEBTORS TO VOLUNTARILY TURNOVER $10,000 FROM PI PROCEEDS  
TFR SUBMITTED 1/27/20

**Initial Projected Date of Final Report (TFR):**  January 01, 2021          **Current Projected Date of Final Report (TFR):**  January 27, 2020 (Actual)

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 19-00002 JAF | **Trustee:** | Doreen Abbott | |
| **Case Name:** | Alberto Anthony Ramos | **Bank Name:** | Axos Bank | |
| | Mary Louise Holloway-Ramos | **Account:** | *********0956 - Checking Account | |
| **Taxpayer ID#:** | **-***9599 | **Blanket Bond:** | $22,502,000.00 (per case limit) | |
| **Period Ending:** | 06/25/20 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/19 | Asset #1 | ALBERTO ANTHONY RAMOS | TURNOVER OF PI PROCEEDS | 1129-000 | 10,000.00 | | 10,000.00 |
| 05/23/19 | | Axos Bank | Account Closeout Transfer Adjustment | 9999-000 | | 10,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,000.00 | |
| | | | **Subtotal** | | 10,000.00 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$0.00** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 19-00002 JAF | Trustee: | Doreen Abbott |
|---|---|---|---|
| Case Name: | Alberto Anthony Ramos | Bank Name: | Signature Bank |
| | Mary Louise Holloway-Ramos | Account: | ******9437 - Checking |
| Taxpayer ID#: | **-***9599 | Blanket Bond: | $22,502,000.00 (per case limit) |
| Period Ending: | 06/25/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/23/19 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 10,000.00 | | 10,000.00 |
| 03/25/20 | 1001 | Doreen Abbott | Dividend of 100.000000000% | 2100-000 | | 1,750.00 | 8,250.00 |
| 03/25/20 | 1002 | Doreen Abbott | Dividend of 100.000000000% | 2200-000 | | 104.82 | 8,145.18 |
| 03/25/20 | 1003 | PYOD, LLC | Dividend of 13.973200868%, Claim No. 10 | 7100-900 | | 69.87 | 8,075.31 |
| 03/25/20 | 1004 | Citibank, N.A. | Dividend of 13.973200868%, Claim No. 11 | 7100-900 | | 692.20 | 7,383.11 |
| 03/25/20 | 1005 | Vystar Credit Union | Dividend of 13.973200868%, Claim No. 2 | 7100-900 | | 579.87 | 6,803.24 |
| 03/25/20 | 1006 | Vystar Credit Union | Dividend of 13.973200868%, Claim No. 3 | 7100-900 | | 2,956.57 | 3,846.67 |
| 03/25/20 | 1007 | Capital One | Dividend of 13.973200868%, Claim No. 4 | 7100-900 | | 762.11 | 3,084.56 |
| 03/25/20 | 1008 | Nelnet | Dividend of 13.973200868%, Claim No. 5 | 7100-000 | | 288.04 | 2,796.52 |
| 03/25/20 | 1009 | Jax Federal Credit Union | Dividend of 13.973200868%, Claim No. 6 | 7100-000 | | 778.60 | 2,017.92 |
| 03/25/20 | 1010 | Army & Air Force Exchange Services | Dividend of 13.973200868%, Claim No. 7 | 7100-900 | | 1,144.30 | 873.62 |
| 03/25/20 | 1011 | Orange Park Medical Center | Dividend of 13.973200868%, Claim No. 8 | 7100-000 | | 20.96 | 852.66 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| Case Number: | 19-00002 JAF | Trustee: | Doreen Abbott |
|---|---|---|---|
| Case Name: | Alberto Anthony Ramos | Bank Name: | Signature Bank |
| | Mary Louise Holloway-Ramos | Account: | ******9437 - Checking |
| Taxpayer ID#: | **-***9599 | Blanket Bond: | $22,502,000.00 (per case limit) |
| Period Ending: | 06/25/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/20 | 1012 | PYOD, LLC | Dividend of 13.973200868%, Claim No. 9 | 7100-900 | | 852.66 | 0.00 |

|  |  | Receipts | Disbursements |  |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | $0.00 |
| | Less: Bank Transfers | 10,000.00 | 0.00 | |
| | **Subtotal** | 0.00 | 10,000.00 | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$10,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # *********0956** | 10,000.00 | 0.00 | 0.00 |
| **Checking # ******9437** | 0.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |